UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Shane Alan Culhoun )<br>)<br>Defendant(s) )<br>_____ ) | 08cr1080-JAH<br><br>CRIMINAL NO. 08mj0898<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 07935298 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / (Case Disposed) / Order of Court).

Maria Elena Antonio-Hernandez

DATED: 4/8/08

**William McCurine, Jr.**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
        Deputy Clerk